UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Tamekka Casey, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 2:24-cv-12709 |
| | § |
| National Credit Systems, Inc.; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, | § |
| | § |
| Defendants. | § |

## NOTICE OF SETTLEMENT AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC.

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant National Credit Systems, Inc. ("NCS"). Plaintiff and NCS are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against NCS will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. and Equifax Information Services, LLC remain pending.

Respectfully submitted November 14, 2024

/s/ Joseph Panvini

        Joseph Panvini
        McCarthy Law, PLC
        4250 North Drinkwater Blvd, Suite 320
        Scottsdale, AZ  85251
        Telephone: (602) 612-5016
        Fax: (602) 218-4447
        joe.panvini@mccarthylawyer.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

                        */s/ Joseph Panvini*