**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Tamekka Casey, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 2:24-cv-12709 |
| § | |
| National Credit Systems, Inc.; Experian § | |
| Information Solutions, Inc.; and Equifax § | |
| Information Services, LLC, § | |
| § | |
| Defendants. § | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days. Plaintiff's claims against Equifax Information Services, LLC remain pending.

Respectfully submitted December 10, 2024

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC

                    4250 North Drinkwater Blvd, Suite 320
                    Scottsdale, AZ  85251
                    Telephone: (602) 612-5016
                    Fax: (602) 218-4447
                    joe.panvini@mccarthylawyer.com
                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*