# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| Tamekka Casey, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 2:24-cv-12709 |
| National Credit Systems, Inc.; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, | § § § § | |
| Defendants. | § § § | |

## NOTICE OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION

## SOLUTIONS, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC and National Credit Systems, Inc. remain pending.

Respectfully submitted December 20, 2024

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 612-5016
Fax: (602) 218-4447

joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*