UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Tamekka Casey, | § |
|     Plaintiff, | § |
| v. | §  Case No. 2:24-cv-12709 |
| National Credit Systems, Inc.; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, | § |
|     Defendants. | § |

**NOTICE OF DISMISSAL AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that National Credit Systems, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC remain pending.

Respectfully submitted January 3, 2025

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 612-5016
Fax: (602) 218-4447
joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*