# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Tamekka Casey, § § § | |
| Plaintiff, § § | |
| v. § § | Case No. 4:24-cv-10197-SDK-KGA |
| National Credit Systems, Inc.; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, § § § § § | |
| Defendants. § § | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff has now reached a settlement with all Defendants.

Respectfully submitted January 3, 2025

/s/ Joseph Panvini
Joseph Panvini
McCarthy Law, PLC

        4250 North Drinkwater Blvd, Suite 320
        Scottsdale, AZ  85251
        Telephone: (602) 612-5016
        Fax: (602) 218-4447
        joe.panvini@mccarthylawyer.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

        */s/ Joseph Panvini*